

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,973-02

**EX PARTE JULIO DOMINGUEZ, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-396-W012164-1338175-B IN THE 396TH DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Applicant pleaded guilty to prohibited substance in a correctional facility and was sentenced to fifteen years' imprisonment. Applicant did not appeal his conviction. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges that his sentence in this case is illegal. Specifically, he alleges that the punishment range in this case was improperly enhanced under TEX. PENAL CODE § 12.42(d). Applicant has alleged facts that, if true, might entitle him to relief. *Samaripas v. State*, 454 S.W.3d 1 (Tex. Crim. App. 2014). Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. In developing the record, the trial court may use any means

set out in TEX. CODE CRIM. PROC. art. 11.07 § 3(d).

It appears that Applicant is represented by counsel. If the trial court elects to hold a hearing, it shall determine if Applicant is represented by counsel, and if not, whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law regarding whether the enhancement was improper under *Samaripas*. The trial court shall also make findings of fact and conclusions of law regarding whether Applicant had any other prior felony convictions that could have been used by the State for enhancement purposes in this case. *See Ex parte Parrott*, 396 S.W.3d 531 (Tex. Crim. App. 2013). The trial court shall also make any other findings of fact and conclusions of law that it deems relevant and appropriate to the disposition of Applicant's claim for habeas corpus relief.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 24, 2022
Do not publish